UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:     Tina M. White                          Case # 09-14136
                                                  Chapter 13

## OBJECTION TO CONFIRMATION OF PLAN

Now comes Lucy G. Sikes, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed plan of the above debtor(s) in that:

1) Debtor counsel seeks in the plan legal fees of $2650.00. On December 22, 2009, Debtor filed an Addendum to Plan-Application for Attorney's Fees and for Reimbursement of Advanced Court Costs and Notice of Application. The Addendum to Plan – Application for Attorney's Fees does not comply with the November 30, 2009 Court order which requires either utilization of a "no look fee with sliding scale" or the filing and noticing post confirmation of a formal fee application for actual services rendered. The application for attorney's fees was filed prior to confirmation of the plan. The application having been filed pre confirmation includes services which are projected to be performed rather than services rendered. The request in the plan for an administrative fee of $2650.00 should be denied for the above stated reasons.

Debtor counsel seeks in the plan reimbursement for an administrative expense of $135.00 for credit counseling, education fee, and credit report fees and $274.00 for court costs. On December 22, 2009 Debtor filed an Addendum to Plan – Application for Attorney's fees and for Reimbursement of Advanced Court Costs and Notice of Application. Pursuant to the Court's order of November 30, 2009, request for reimbursement of administrative expenses is to be made by a formal application filed post-confirmation and noticed for hearing. The application for reimbursement of administrative expenses should be denied.

WHEREFORE, Trustee submits that the plan confirmation be denied and debtor be required to provide documentation and amend the plan pursuant to the above stated objection.

Dated this 16th day of February, 2010.        LUCY G. SIKES
                                              STANDING CHAPTER 13 TRUSTEE
                                              /s/Lucy G. Sikes
                                              Lucy G. Sikes LA Bar Roll #22787
                                              P O Box 1770
                                              Shreveport, LA 71166
                                              Phone (318) 673-8244

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Objection has this 16th day of February, 2010 been served on the debtor(s) *at the address listed below,* by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

Tina M. White
6507 Barksdale Blvd #192
Bossier City, LA 71112                         /s/Lucy G. Sikes