DONE and SIGNED this <u>6</u> day of <u>July</u>, 2010

STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

**FILED**
JUL - 6 2010
J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re: TINA M. WHITE                    Bankruptcy Case Number: 09-14136

SS#:   xxx-xx-7845

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on <u>DECEMBER 22, 2009</u> and was modified on <u>MAY 24, 2010</u>. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**   The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Amount of each Monthly Plan Payment: $<u>280.00</u> per month for <u>45</u> month(s).
   Monthly Plan Payments shall be due on the <u>20TH</u> day of each month, beginning <u>JANUARY 2010</u>.
   Term of Plan Payments shall be: <u>45</u> months.
   Moratorium granted for : .
   Special / Additional Provisions: : <u>Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property, real property, Debtor's home, or any Debtor's oil, gas, mineral interest.</u>

   ☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**

   Lucy G. Sikes,                    ☒   Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered
   Chapter 13 Trustee                     to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing
   Post Office Box 2218                   Trustee and mail same on or before each due date reflected above, until further Order of this Court.
   Memphis, TN 38101-2218                 No Payroll Deduction is ordered.

3) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of $<u>2800.00</u>, of which $<u>2800.00</u> is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing.

   ☐ Attorney Fees capped at $, per Court authority.

4) **Other Provisions:**
   ☐ Debtor(s) shall file both Federal and State Income Tax Returns timely.
   ☐ Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.

   *RIGHT OF DEBTOR(S) COUNSEL TO RECEIVE ANY ADDITIONAL SUMS WILL BE AS DETERMINED BY DISTRICT COURT IF IT DOES WITHDRAW THE REFERENCE, OR BY THE BANKRUPTCY COURT AT THE HEARING DATE SET SUBSEQUENT TO ANY ORDER ISSUED BY THE DISTRICT COURT DENYING A WITHDRAWAL OF THE REFERENCE.*

   ###

COPY SENT
Date 7-6-10
By
To  BNC To Notice
    Debtor
    Atty
    TRUSTEE